IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


TONY WILLIAMS,
       Plaintiff,


v.                                                CASE NO.:  18-cv-145


CITY OF TALLAHASSEE
and TODD HATCHER,
Individually,
       Defendants.
_____/


## NOTICE OF REMOVAL


TO:   THE JUDGES OF THE UNITED STATES DISTRICT COURT, FOR
      THE NORTHERN DISTRICT OF FLORIDA, TALLAHASSEE DIVISION

      **PLEASE TAKE NOTICE** that Defendants, CITY OF TALLAHASSEE

and TODD HATCHER, by and through undersigned counsel file this Notice of

Removal seeking removal from the Second Judicial Circuit Court in and for Leon

County, Florida, to this court pursuant to 28 U.S.C. §§ 1441, 1443, and 1446, and

N.D. Fla. Loc. R. 7.2, and in support of its Notice of Removal, provides the

following statement as grounds for removal:

      1.    On or about December 13, 2017, Plaintiff, TONY WILLIAMS, filed a

civil action against Defendants in the Second Judicial Circuit Court, in and for

Leon County, Florida, captioned:  *Tony Williams v. City of Tallahassee and Todd*

*Hatcher, individually*, Case No. 2017 CA 002558. Attached are the documents filed in that action:

**Exhibit 1** – Civil Cover Sheet

**Exhibit 2** – Complaint

**Exhibit 3** – Summons – Todd Hatcher

**Exhibit 4** – Summons – City of Tallahassee

**Exhibit 5** – Return of Executed Summons – City of Tallahassee

2.    On February 21, 2018, Plaintiff served the Complaint on Defendant City of Tallahassee and, on February 27, 2018, on Defendant Todd Hatcher. As required by 28 U.S.C. §1446(b), this Notice of Removal has been filed within 30 days of receipt of the Complaint.

3.    Plaintiff alleges in the Complaint three (3) counts: (Count I) Public Employee Whistleblower Retaliation pursuant to § 112.3187, Fla. Stat., and (Counts II and III) First Amendment Retaliation pursuant to 42 U.S.C. § 1983.

4.    Plaintiff brought this civil action in a state court over which the United States District Court has original jurisdiction pursuant to 29 U.S.C. § 629 *et seq.*, and which may be promptly removed under 28 U.S.C. §§ 1441(a) and 1443; this court, pursuant to 28 U.S.C. § 1441(c), has pendent jurisdiction over the state Whistleblower Retaliation claim.

2

5.     Written notice of the filing of this Notice of Removal has been served on Plaintiff's counsel and a copy of this Notice of Removal will be filed with the Clerk of the Second Judicial Circuit in and for Leon County, Florida.

WHEREFORE, Defendants, City of Tallahassee and Todd Hatcher, respectfully request that the above-referenced action now pending against Defendants in the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, be removed to this court.

Respectfully submitted on March 13, 2018.

s/Jill B. Kowalski
Florida Bar Number:  621005
Assistant City Attorney
City Attorney's Office
300 South Adams Street, Box A-5
Tallahassee, FL  32301
Phone:  (850) 891-8554
Fax:  (850) 891-8973
Jill.Kowalski@talgov.com
*Attorney for Defendants*
*City of Tallahassee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. mail on March 13, 2018, to:  Marie A. Mattox, Marie A. Mattox, P.A., 310 East Bradford Road, Tallahassee, Florida  32303 and Patrick R. Frank and Keisha D. Rice, Frank & Rice, P.A., 325 East Park Avenue, Tallahassee, Florida  32301.                              s/Jill B. Kowalski

3